No. 01–6190. WALTON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–6196. BOWERS v. TENNESSEE. Sup. Ct. Tenn. Certiorari denied.

No. 01–6197. REID v. HUTCHINSON, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 01–6200. SCOTT v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 01–6201. SESMA-HERNANDEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–6202. SANDOVAL-BARAJAS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–6205. GRAHAM v. PRINCIPI, SECRETARY OF VETERANS AFFAIRS, ET AL. C. A. 8th Cir. Certiorari denied.

No. 01–6208. FORTIER v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 01–6216. CELESTINE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–6220. MONROE, AKA MONROE-BEY v. HUTCHINSON, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 01–6222. DE LA ROSA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–6223. HUNT v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 01–6224. HERNANDEZ-LEON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–6226. VALDEZ-TRUJILLO v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 01–6227. YOUNG v. UNITED STATES. C. A. 4th Cir. Certiorari denied.